

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 25, 2021

Hon. Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007



Re:   United States v. Muhammed Bashorun, S5 20 Cr. 3 (KPF)

Dear Judge Failla:

On October 18, 2021, the defendant, Muhammed Bashorun, was arraigned in Magistrate Court on the charges in the above-captioned case. The Government conferred with the defendant's attorney, Matthew Myers, about scheduling an initial pretrial conference. Mr. Myers informed the Government that he is about to begin a lengthy trial before Judge Oetken, which makes scheduling an initial pretrial conference in the near future difficult. Accordingly, the parties respectfully request that the Court schedule an initial pretrial conference for the first or second week of December. The Government will begin producing discovery beforehand. The Government also respectfully requests that the Court exclude time under the Speedy Trial Act until the initial pretrial conference, so the parties can produce and review discovery and begin discussing a potential pretrial resolution to this case. The defendant does not oppose the exclusion.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by:   ___/s/ Thomas Burnett_____
      Thomas S. Burnett
      Assistant United States Attorney
      (212) 637-1064

The Court is in receipt of the Government's above letter.

The parties are ORDERED to appear for a pretrial conference in this matter on **December 7, 2021, at 3:00 p.m.**  The conference will proceed by video.  Public dial-in information and instructions for video participants will be sent separately in advance of the conference.

It is further ORDERED that time is excluded under the Speedy Trial Act between November 1, 2021, and December 7, 2021.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Mr. Bashorun in a speedy trial because it will permit the parties to produce and review discovery and discuss possible pretrial resolutions of this case.

The Clerk of Court is directed to terminate the motion at docket entry 255.

SO ORDERED.

Dated:   October 25, 2021
         New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE