

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF
The Honorable Katherine Polk Failla
Unites States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

June 22, 2022



Re: United States v. Oladokun (Muhammed Bashorun)
20 CR 00003 (KPF)

Your Honor:

Tomorrow, June 23, 2022 this matter was scheduled for a conference so the parties could update the Court as to discovery issues and to potentially setting a trial date.

The parties are close to a resolution in this matter. We are requesting a relatively short adjournment of three to four weeks so the parties can work out several details concerning their agreement.

Lastly, the Defense consents to the exclusion of time under the speedy trial statute. The Government has no objection to this matter being adjourned.

The Defense requests one of the following dates: July 13, 2022, July 18, 2022, August 2, 2022 or August 3, 2022.

Respectfully,
/s/Matthew D. Myers
Attorney

N • Y • C

The Court is in receipt of the Government's letter dated June 22, 2022 (Dkt. #367) and Defendant Muhammed Bashorun's above letter.

For the reasons stated in the parties' letters, the conference in this matter is hereby ADJOURNED to **August 3, 2022, at 12:00 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between June 23, 2022, and August 3, 2022.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Mr. Bashorun in a speedy trial because it will permit defense counsel to continue to review discovery and the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the motion at docket entry 367.

Dated:   June 22, 2022
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE