UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v.-

MUHAMMED BASHORUN,

Defendant.

20 Cr. 3-16 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect as to Defendant Muhammed Bashorun:

- Trial will commence on **February 13, 2023, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed *voir dire* questions, and any motions *in limine* will be due **January 16, 2023**;

- Any opposition papers to motions *in limine* will be due **January 23, 2023**; and

- The final pretrial conference will be scheduled for **February 1, 2023, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   August 3, 2022
         New York, New York

KATHERINE POLK FAILLA
United States District Judge