UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 20 Cr. 3 (KPF) |
| MUHAMMED BASHORUN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court understands from the parties that Mr. Bashorun would like to enter a change of plea. Accordingly, the parties are hereby ORDERED to appear for a conference on **December 8, 2022** at 10:00 a.m. The conference will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: November 7, 2022
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge