UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 20 Cr. 3-16 (KPF) |
| MUHAMMED BASHORUN, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Mr. Bashorun's change of plea, which is currently scheduled for 10:00 a.m. on December 8, 2022, is hereby ADJOURNED to 10:00 a.m. on **December 14, 2022**.

SO ORDERED.

Dated:   December 6, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge